# UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT
Chicago, Illinois  60604

January 11, 2006


Hon. JOEL M. FLAUM, Chief Judge

Hon. WILLIAM J. BAUER, Circuit Judge

Hon. RICHARD A. POSNER, Circuit Judge


| | |
|---|---|
| UNITED STATES OF AMERICA, | ] |
| | ] Appeal from the United |
| Plaintiff-Appellant, | ] States District Court for |
| Cross-Appellee, | ] the Northern District of |
| | ] Illinois, Eastern Division. |
| Nos. 03-2068 & 04-1377          v. | ] |
| | ] No. 98 CR 946 |
| IVAN EBERHART, | ] |
| | ] James B. Zagel, |
| Defendant-Appellee. | ] Judge. |
| Cross-Appellant. | ] |


### O R D E R

The opinion issued in the above-entitled case on January 10, 2006, is hereby amended as follows:


In the caption, the argued date of October 1, 2004 should be changed to read:


SUBMITTED DECEMBER 27, 2005